David R. Shane, SBN 109890
Robert J. Taitz, SBN 168334
SHANE & TAITZ
1000 Drakes Landing Road, Suite 200
Greenbrae, CA 94904
Telephone: 415-464-2020
Facsimile: 415-464-2024

Attorneys for Plaintiff
FEDERAL EXPRESS CORPORATION

Geoffrey W. Steele, Esq. SBN 219576
NEVIN, RAMOS & STEELE
700 Ygnacio Valley Road, Suite 300
Walnut Creek, California 94596

Attorneys for Defendant
HEALTHYPETS.COM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL EXPRESS CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>HEALTHYPETS.COM and DOES 1 THROUGH 10, inclusive,<br><br>Defendant. | Case No.: C11-02481 EDL<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

Plaintiff Federal Express Corporation ("Plaintiff") and Defendant HealthyPets.com ("Defendant") (jointly, the "Parties"), by and through their undersigned counsel, hereby enter into the following stipulation:

WHEREAS, pursuant to the Court's May 20, 2011 Notice of Setting Case Management Conference ("CMC Notice") and Rule 26 of the Federal Rules of Civil Procedure, there is a Case Management Conference scheduled for August 30, 2011 at 10:00 a.m., and the Parties' Joint Case Management Statement was due by August 23, 2011;

1  WHEREAS, Plaintiff completed service of the Summons and Complaint on Defendant on
2  June 1, 2011;
3  WHEREAS, the parties have engaged in extensive settlement negotiations and stipulate
4  that they believe that they are very close to a resolution of the instant action;
5  WHEREAS, to allow sufficient time for the parties to potentially resolve this case, and to
6  allow the Parties sufficient time to file their initial pleadings in this matter, file a Joint Case
7  Management Statement, and complete Initial Disclosures prior to conducting a Rule 26(f)
8  Conference, the Parties desire to continue the case management deadlines and hearing set forth
9  in the Court's CMC Notice for approximately 60 days;
10  NOW, THEREFORE, the Parties hereby stipulate that the Case Management Conference
11  currently set for August 30, 2011, shall be continued until November 1, 2011 or sometime
12  thereafter, on a date convenient for the Court.  NOW, THEREFORE, the Parties hereby further
13  stipulate that the related deadlines for conducting a Rule 26(f) Conference, filing a Joint Case
14  Management Statement, and completing Initial Disclosures shall also be continued pursuant to
15  the new Case Management Conference date and applicable Federal Rules of Civil Procedure.
16  IT IS SO STIPULATED

NEVIN, RAMOS & STEELE

DATED:  August 25, 2011        By: /s/ Geoffrey W. Steele
                                    Geoffrey W. Steele

Attorneys for HEALTHYPETS.COM.

SHANE & TAITZ

DATED:  August 25, 2011        By: /s/ David R. Shane
                                    David R. Shane

Attorney for Plaintiff FEDERAL EXPRESS CORPORATION

1  IT IS SO ORDERED.

2      (1)   The Case Management Conference currently scheduled for August 30, 2011 at

3  10:00 a.m. is continued until __November 8____, 2011;

4

5

6  *[signature: Elizabeth D. Laporte]*

   The Honorable Elizabeth D. Laporte
7  United States Magistrate Judge

8

9

10

[line numbers 11–28 continue, page otherwise blank]