David R. Shane, SBN 109890
Robert J. Taitz, SBN 168334
SHANE & TAITZ
1000 Drakes Landing Road, Suite 200
Greenbrae, CA 94904
Telephone: 415-464-2020
Facsimile: 415-464-2024

Attorneys for Plaintiff
FEDERAL EXPRESS CORPORATION

Geoffrey W. Steele, Esq. SBN 219576
NEVIN, RAMOS & STEELE
700 Ygnacio Valley Road, Suite 300
Walnut Creek, California 94596

Attorneys for Defendant
HEALTHYPETS.COM

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL EXPRESS CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>HEALTHYPETS.COM and DOES 1 THROUGH 10, inclusive,<br><br>Defendant. | Case No.: C11-02481 EDL<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

Plaintiff Federal Express Corporation ("Plaintiff") and Defendant HealthyPets.com ("Defendant") (jointly, the "Parties"), by and through their undersigned counsel, hereby enter into the following stipulation:

WHEREAS, pursuant to the Court's August 29, 2011 Notice of Setting Case Management Conference ("CMC Notice") and Rule 26 of the Federal Rules of Civil Procedure, there is a Case Management Conference scheduled for November 8, 2011 at 10:00 a.m.;

WHEREAS, the parties have engaged in extensive settlement negotiations and stipulate that they have reached a settlement agreement of this matter;

1
Case No. C-1102481

WHEREAS, to allow sufficient time for the parties to finalize settlement of this case, the Parties desire to continue the case management deadlines and hearing set forth in the Court's CMC Notice for approximately 30 days;

NOW, THEREFORE, the Parties hereby stipulate to a request that the Case Management Conference currently set for November 8, 2011, be vacated and that the parties have thirty days to file a Request for Dismissal of the case. If the settlement is not completed the parties stipulate that they will provide notice to the Court within 30 days of said development.

IT IS SO STIPULATED

NEVIN, RAMOS & STEELE

DATED: November 7, 2011          By: /s/ Geoffrey W. Steele
                                      Geoffrey W. Steele

Attorneys for HEALTHYPETS.COM.

SHANE & TAITZ

DATED: November 7, 2011          By: /s/ David R. Shane
                                      David R. Shane

Attorney for Plaintiff FEDERAL EXPRESS CORPORATION

IT IS SO ORDERED.

(1) The Case Management Conference currently scheduled for November 8, 2011 ~~be~~ is continued to December 6, 2011 at 3:00 p.m. ~~vacated.~~ The parties shall either file a dismissal of the case or shall notify the court that the case did not settle within thirty days of date of this Order.

*Elizabeth D. Laporte*                              November 7, 2011
The Honorable Elizabeth D. Laporte                       Date
United States Magistrate Judge

2                                                       Case No. 11-02481
JOINT CASE MANAGEMENT CONFERENCE STATEMENT