David R. Shane, SBN 109890
Robert J. Taitz, SBN 168334
SHANE & TAITZ
1000 Drakes Landing Road, Suite 200
Greenbrae, CA  94904
Telephone:    415-464-2020
Facsimile:     415-464-2024

Attorneys for Plaintiff
FEDERAL EXPRESS CORPORATION

Geoffrey W. Steele, Esq. SBN 219576
NEVIN, RAMOS & STEELE
700 Ygnacio Valley Road, Suite 300
Walnut Creek, California 94596

Attorneys for Defendant
HEALTHYPETS.COM

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL EXPRESS CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>HEALTHYPETS.COM and DOES 1 THROUGH 10, inclusive,<br><br>Defendant. | Case No.: C11-02481 EDL<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

Plaintiff Federal Express Corporation ("Plaintiff") and Defendant HealthyPets.com ("Defendant") (jointly, the "Parties"), by and through their undersigned counsel, hereby enter into the following stipulation:

WHEREAS, pursuant to the Court's August 29, 2011 Notice of Setting Case Management Conference ("CMC Notice") and Rule 26 of the Federal Rules of Civil Procedure, there is a Case Management Conference scheduled for November 8, 2011 at 10:00 a.m.;

WHEREAS, the parties have engaged in extensive settlement negotiations and stipulate that they have reached a settlement agreement of this matter;

1                                                                                    Case No. C-1102481

1  WHEREAS, to allow sufficient time for the parties to finalize settlement of this case, the
2  Parties desire to continue the case management deadlines and hearing set forth in the Court's
3  CMC Notice for approximately 30 days;
4  NOW, THEREFORE, the Parties hereby stipulate to a request that the Case Management
5  Conference currently set for November 8, 2011, be vacated and that the parties have thirty days
6  to file a Request for Dismissal of the case. If the settlement is not completed the parties stipulate
7  that they will provide notice to the Court within 30 days of said development.

9  IT IS SO STIPULATED

   NEVIN, RAMOS & STEELE

13 DATED: November 7, 2011            By: /s/ Geoffrey W. Steele
14                                         Geoffrey W. Steele

15                                    Attorneys for HEALTHYPETS.COM.

16                                    SHANE & TAITZ

19 DATED: November 7, 2011            By: /s/ David R. Shane
                                           David R. Shane

20                                    Attorney for Plaintiff FEDERAL EXPRESS
                                      CORPORATION

22 IT IS SO ORDERED.

23  (1)  The Case Management Conference currently scheduled for November 8, 2011 ~~be~~
    is continued to December 6, 2011 at 3:00 p.m.
24  ~~vacated.~~ The parties shall either file a dismissal of the case or shall notify the court that the case
25  did not settle within thirty days of date of this Order.

26  /s/ Elizabeth D. Laporte                       November 7, 2011
27  The Honorable Elizabeth D. Laporte                    Date
28  United States Magistrate Judge

                                    2                          Case No. 11-02481
              JOINT CASE MANAGEMENT CONFERENCE STATEMENT