1  David R. Shane, SBN 109890
   Robert J. Taitz, SBN 168334
2  SHANE & TAITZ
   1000 Drakes Landing Road, Suite 200
3  Greenbrae, CA  94904
   Telephone:     415-464-2020
4  Facsimile:     415-464-2024

5  Attorneys for Plaintiff
   FEDERAL EXPRESS CORPORATION
6
   Geoffrey Wm. Steele, SBN 219576
7  **STEELE, GEORGE, SCHOFIELD & RAMOS, LLP**
   700 Ygnacio Valley Road, Suite 300
8  Walnut Creek, California, 94596-3838
   Telephone:    (925) 280-1700
9  Facsimile:     (925) 935-1642
   Email:          gsteele@sgsrlaw.com
10
   Attorneys for Defendant
11 HEALTHYPETS.COM

12                       **UNITED STATES DISTRICT COURT**

13                       **NORTHERN DISTRICT OF CALIFORNIA**

14

15

16 | FEDERAL EXPRESS CORPORATION, | Case No.: C11-02481 EDL |
   |---|---|
17 |             Plaintiff, | |
   | | **STIPULATION AND [PROPOSED]** |
18 |     vs. | **ORDER RE DISMISSAL OF** |
   | | **ACTION WITH PREJUDICE** |
19 | HEALTHYPETS.COM and DOES 1 THROUGH 10, inclusive, | |
20 |             Defendant. | |

21

22      Plaintiff Federal Express Corporation and Defendant Healthypets.com, by and through

23 their respective counsel of record, hereby jointly stipulate to and request the dismissal of the

24 above-entitled action, with prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil

25 Procedure.  Each party to bear their own costs and expenses.

26      IT IS SO STIPULATED.

27 ///

28 ///

**STEELE, GEORGE, SCHOFIELD & RAMOS, LLP**

DATED:  November 30, 2011            By: /s/ *Geoffrey Wm. Steele* _____
                                         Geoffrey Wm. Steele

Attorneys for Defendant HEALTHYPETS.COM.

**SHANE & TAITZ**

DATED:  November 30, 2011            By: /s/  *David R. Shane* _____
                                          David R. Shane

Attorney for Plaintiff FEDERAL EXPRESS CORPORATION

**[PROPOSED] ORDER**

PURSUANT TO THE STIPULATION OF THE PARTIES, and for good cause shown, this action is hereby dismissed with prejudice, with each party to bear their own costs and attorneys' fees.  The Clerk shall close the file.

IT IS SO ORDERED.

Dated:  12/1/2011            _____
                             The Honorable
                             United States

*IT IS SO ORDERED*
*Elizabeth D. Laporte*
*Judge Elizabeth D. Laporte*