1 | David R. Shane, SBN 109890
2 | Robert J. Taitz, SBN 168334
  | SHANE & TAITZ
3 | 1000 Drakes Landing Road, Suite 200
  | Greenbrae, CA  94904
4 | Telephone:    415-464-2020
  | Facsimile:    415-464-2024
5
  | Attorneys for Plaintiff
6 | FEDERAL EXPRESS CORPORATION

7 | Geoffrey Wm. Steele, SBN 219576
  | **STEELE, GEORGE, SCHOFIELD & RAMOS, LLP**
8 | 700 Ygnacio Valley Road, Suite 300
  | Walnut Creek, California, 94596-3838
9 | Telephone:    (925) 280-1700
  | Facsimile:    (925) 935-1642
10| Email:        gsteele@sgsrlaw.com

11| Attorneys for Defendant
  | HEALTHYPETS.COM

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| FEDERAL EXPRESS CORPORATION, | Case No.: C11-02481 EDL |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION AND [PROPOSED] ORDER RE DISMISSAL OF ACTION WITH PREJUDICE** |
| HEALTHYPETS.COM and DOES 1 THROUGH 10, inclusive, | |
| Defendant. | |

   Plaintiff Federal Express Corporation and Defendant Healthypets.com, by and through their respective counsel of record, hereby jointly stipulate to and request the dismissal of the above-entitled action, with prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.  Each party to bear their own costs and expenses.

   IT IS SO STIPULATED.

///

///

**STEELE, GEORGE, SCHOFIELD & RAMOS, LLP**

DATED: November 30, 2011      By: /s/ *Geoffrey Wm. Steele* _____
                                   Geoffrey Wm. Steele

Attorneys for Defendant HEALTHYPETS.COM.

**SHANE & TAITZ**

DATED: November 30, 2011      By: /s/ *David R. Shane* _____
                                   David R. Shane

Attorney for Plaintiff FEDERAL EXPRESS CORPORATION

**[PROPOSED] ORDER**

PURSUANT TO THE STIPULATION OF THE PARTIES, and for good cause shown, this action is hereby dismissed with prejudice, with each party to bear their own costs and attorneys' fees. The Clerk shall close the file.

IT IS SO ORDERED.

Dated: 12/1/2011      _____
                      The Honorable
                      United States

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Elizabeth D. Laporte]*